AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico ▾

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| NAOMI MARTINEZ | ) | **26-MJ-68** |
| (YOB 2001) | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 07, 2026_____ in the county of _____McKinley_____ in the _____ District of _____New Mexico_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1153 and 113(a)(3) | assault with a dangerous weapon |
| 18 U.S.C. §§ 1153 and 113(a)(6) | assault resulting in serious bodily injury |

This criminal complaint is based on these facts:

See attached affidavit, incorporated by reference, submitted by SA Michael Dalpini and approved by Supervisory AUSA Jack Burkhead

☑ Continued on the attached sheet.

_Michael Dalpini_
*Complainant's signature*

Michael Dalpini, Special Agent FBI
*Printed name and title*

Electronically submitted and telephonically sworn:.

Date:   January 8, 2026

*Judge's signature*

City and state:   **Albuquerque, NM**

**Laura Fashing, United States Magistrate Judge**
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
    Plaintiff,

v.

**NAOMI MARTINEZ (YOB 2001)**,

    Defendant.

CASE NO. _____

AFFIDAVIT IN SUPPORT OF
COMPLAINT AND ARREST WARRANT

I, Michael Dalpini, being duly sworn, state as follows:

## **INTRODUCTION AND AGENT BACKGROUND**

1.      This affidavit is made in support of a Criminal Complaint for NAOMI MARTINEZ (hereinafter referred to as MARTINEZ; YOB 2001) charged with violating 18 U.S.C. §§ 1153 and 113(a)(3), that being assault with a dangerous weapon, and 18 U.S.C. §§ 1153 and 113(a)(6), that being assault resulting in serious bodily injury.

2.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since July 2022. I am currently assigned to the Albuquerque Field Office, Gallup Resident Agency. My primary duties as a Special Agent with the FBI in Gallup, New Mexico include investigating crimes occurring in Indian Country, which include homicide, assault, sexual assault, crimes against children, kidnapping, and bank robbery, among other federal violations. I have experience in the conduct of such investigations through previous case investigations, formal training, and in consultation with law enforcement partners in local, state, tribal, and federal law enforcement agencies. As a Federal Agent, I am authorized to investigate violations of the laws of the United States and have authority to execute criminal complaints and search warrants issued under the authority of the United States.

3.      This affidavit is based upon my personal knowledge, as well as information reported to me by other federal, state, tribal, and local law enforcement officers during the course of their official duties. Throughout this affidavit, reference will be made to law enforcement officers. Law enforcement officers are those federal, state, tribal, and local law enforcement officers who have directly participated in this investigation. This affidavit is also based upon information gained from interviews with cooperating witnesses, whose reliability is established separately herein.

4.   Based on my training, experience, and the facts set forth in this affidavit, I believe there is probable cause that MARTINEZ violated 18 U.S.C. §§ 1153 and 113(a)(3), that being assault with a dangerous weapon, and 18 U.S.C. §§ 1153 and 113(a)(6), that being assault resulting in serious bodily injury. Because this affidavit is submitted for the limited purpose of securing authorization for the proposed warrant, I have not included each and every fact known to me concerning this investigation. This affidavit is intended to show that there is sufficient probable cause for the requested complaint.

## PROBABLE CAUSE

5.   On January 07, 2026, at approximately 12:54 AM, the FBI Albuquerque, Gallup Resident Agency (GRA), was notified by a Navajo Nation Criminal Investigator of a domestic assault occurring in the evening hours of January 06, 2026, involving one male, SB (hereinafter referred to as JOHN DOE), and one female, MARTINEZ, at RA 90 Oakling Pond Road, Prewitt, New Mexico (NM) 87045, approximate GPS coordinates 35.364050, -108.080780 (hereinafter referred to as THE SCENE). JOHN DOE was transported by ambulance to Gallup Indian Medical Center (GIMC) for treatment of multiple face, head, and neck injuries, including injuries to one of his eyes, and an apparent stab wound to his cheek area. MARTINEZ was taken to Navajo Nation

2

Corrections Department and booked for tribal charges. Navajo Nation Police Department (NPD) advised Agents that MARTINEZ would only be held in tribal custody for a maximum of 72 hours.

6.  THE SCENE consisted of a single-story, two-bedroom trailer belonging to CR (YOB 2000) (hereinafter referred to as WITNESS 1), who lived at THE SCENE. NPD confirmed that THE SCENE falls within the exterior boundaries of the Navajo Nation, a federally recognized Indian Reservation.

7.  On the same day, at approximately 2:00 AM, FBI GRA attempted to interview JOHN DOE at GIMC. JOHN DOE was intubated and unconscious when they arrived. According to hospital staff at GIMC, JOHN DOE had multiple injuries to his face, head, and neck, including an injury to his eye, and an injury to his cheek that appeared to be made by a sharp object. JOHN DOE was still undergoing initial assessment of injuries; however, GIMC staff advised that JOHN DOE would be transferred to University of New Mexico hospital in Albuquerque, NM to better address his injuries.

8.  On the same day, at approximately 2:45 AM, FBI GRA arrived at THE SCENE and discovered WITNESS 1. Law enforcement also observed many reddish stains and pools of reddish substances, consistent with blood, inside the trailer. When NPD initially responded to THE SCENE, WITNESS 1 brought a knife out to them from inside the trailer. The knife had reddish stains, consistent with blood. The knife was a standard kitchen knife with a wooden handle and a blade in excess of five inches. Law enforcement also observed reddish stains on WITNESS 1's clothing and shoes, consistent with blood.

9.  On the same day, at approximately 2:57 AM, law enforcement interviewed WITNESS 1. WITNESS 1 provided the following information: WITNESS 1 is the owner of the trailer located at THE SCENE and is a resident there. JOHN DOE, MARTINEZ, and their infant baby also live

3

in the trailer. JOHN DOE and MARTINEZ were in a romantic relationship. WITNESS 1 lived in one of the two bedrooms, and JOHN DOE, MARTINEZ, and their baby lived on a mattress in the living room (law enforcement discovered the second bedroom was used for storage). In the evening hours of January 06, 2026, WITNESS 1 was at his residence with JOHN DOE, MARTINEZ, their baby, and MARITNEZ's mother. WITNESS 1, JOHN DOE, and MARTINEZ were drinking alcohol in the living room and the baby was lying on JOHN DOE and MARTINEZ's bed, which is also located in the living room. MARTINEZ became angry with JOHN DOE because he wanted to leave the trailer. They began arguing and pushing each other. MARTINEZ's mother called 911 because MARTINEZ was becoming aggressive. MARTINEZ began hitting JOHN DOE in the face with her fists and kicked him. MARTINEZ's mother then called 911 for a second time. WITNESS 1 attempted to leave the trailer and MARTINEZ picked up a kitchen knife and moved towards WITNESS 1. JOHN DOE grabbed MARTINEZ's arm to stop her from hurting WITNESS 1. That is when MARTINEZ used the knife to attack JOHN DOE, cutting his face. When WITNESS 1 saw this, he intervened and wrestled the knife away from MARTINEZ. While they were wrestling, MARTINEZ punched WITNESS 1 in the face. After WITNESS 1 wrestled the knife away from MARTINEZ, MARTINEZ's mother called 911 for a third time. The assault of JOHN DOE and WITNESS 1 by MARTINEZ occurred in the living room, next-to, and on top of, the mattress where the baby was lying. WITNESS 1 told MARTINEZ's mother to take the baby and leave, so she did.

10.     On the same day, at approximately 11:00 AM, law enforcement interviewed MARTINEZ at the Navajo Nation Department of Corrections, Crownpoint Detention Center, located in Crownpoint, NM. After being advised of her rights and agreeing to speak to interviewers, MARTINEZ provided the following information: MARTINEZ lives in the trailer

located at  THE SCENE with JOHN DOE, WITNESS 1, her mother, and her baby. On the evening of January 06, 2026, MARTINEZ was drinking alcohol at her residence with JOHN DOE, WITNESS 1, and her mother. At some point in the evening, she blacked out and doesn't remember much other than walking from the kitchen into the living room and seeing JOHN DOE's face gushing blood. MARTINEZ believes she caused JOHN DOE's injuries because she remembers seeing JOHN DOE's face gushing blood, she saw her hands covered in blood after she was detained, and she and JOHN DOE have had prior physical altercations during which she has struck him. MARTINEZ stated she takes responsibility for what happened. MARTINEZ complained of her hands being sore.

11. During the interview of MARTINEZ, Agents observed reddish stains on her hands and fingernails, and that her hands appeared swollen around the knuckles.

## JURISDICTIONAL STATEMENT

12. Upon information and belief, and confirmed by NPD, THE SCENE, located at RA 90 Oakling Pond Road, Prewitt, New Mexico (NM) 87045, and approximate GPS coordinates 35.364050, -108.080780, Prewitt, NM, is entirely within the exterior boundaries of the Navajo Nation Reservation, in the State and District of New Mexico, and is Indian Country for purposes of federal law.

13. Information provided by NPD indicate MARTINEZ is an enrolled member of the Navajo Nation and JOHN DOE is an enrolled member of the Mescalero Apache Tribe, both federally recognized Indian tribes.

## CONCLUSION

14. Based on the information set forth in this affidavit, I believe there is probable cause to believe that MARTINEZ violated 18 U.S.C. §§ 1153 and113(a)(3), that being assault with a

dangerous weapon, and 18 U.S.C. §§ 1153 and 113(a)(6), that being assault resulting in serious bodily injury. Therefore, I respectfully request that the Court approve the attached criminal complaint and issue an arrest warrant.

15. Supervisory Assistant United States Attorney Jack Burkhead has reviewed and approved this complaint.


I swear that this information is true and correct to the best of my knowledge.


_Michael Dalpini_
Michael Dalpini
Special Agent
Federal Bureau of Investigation


Electronically submitted and telephonically sworn on this 8th day of January, 2026.


_Laura Fashing_
LAURA FASHING
UNITED STATES MAGISTRATE JUDGE

6