# NAVAJO POLICE DEPARTMENT
## INFORMATION MANAGEMENT SECTION
PO BOX 3360, WINDOW ROCK, ARIZONA 86515
Phone: (928) 357-6210

_____ CRIMINAL RECORD
XX CRIMINAL/TRAFFIC RECORDS **

_____ TRAFFIC RECORD **
** TRAFFIC CIVIL & CRIMINAL

CT NO. : 01-26-343

NAME : MARTINEZ, Naomi
CENSUS : N/A DOB: [redacted]
ADDRESS : N/A

ALIAS: "Emma"
SSN: [redacted]
OTHER: DOB: [redacted] & SSN: [redacted]

## RECORDS OF ARREST AND PROSECUTION
(THE FOLLOWING INFORMATION IS FURNISHED FOR OFFICIAL USE ONLY!!!)

| DATE | CHARGE | FINAL DISPOSITION | DISPO. DATE |
|---|---|---|---|
| 01/06/26 | Aggravated Battery | Contact Crownpoint Prosecutor/District Court. | 01/21/26 |
| 01/06/26 | Endangering the Welfare of A Minor | Contact Crownpoint Prosecutor/District Court. | 01/21/26 |
| | **2 - Offenses (NOTHING FOLLOWS)** | | |

I certify: This copy is an exact duplicate of record on file.
INFORMATION MANAGEMENT SECTION.
Navajo Police Department

By: [signature]

Information Management Section
OFFICIAL RECORD
Navajo Police Dept.

Requester : Ben Yazzie, Criminal Investigator
Purpose : Federal Criminal Investigation
Supervisor : [signature]

Telephone : (505)[redacted]
Prepared By : Heather Curtis, Police Records Analyst
Date/Time : January 21, 2026 @ 0830 Hours



GOVERNMENT EXHIBIT
1