September 17, 2026

Your Honor,

I am S[redacted] B[redacted] I understand that Naomi has her sentencing coming up. I have relocated to Las Cruces, and I have chosen not to attend the sentencing hearing. I also do not want Naomi to receive a harsh sentence.

I know she is now getting help and is doing better. To be clear, I am not saying Naomi did not hit, kick and stab me on January 6, 2026. I do not deny that she did this and I understand she pled guilty for this. I just want Naomi to get the help she needs. I am currently attempting to better myself and getting treatment and would like to move forward with my life. Thank you for your time and consideration.

[redacted]

S[redacted] B[redacted]

GOVERNMENT EXHIBIT
2