Rev. November 10, 2015

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO**
**SENTENCING MINUTE SHEET**
**BEFORE THE HONORABLE MATTHEW L. GARCIA**

| | | | |
|---|---|---|---|
| CR No: | 26-2944 MLG | USA vs. | Martinez |
| Date: | 10/22/26 | Defendant: | Naomi Emma Martinez |

| | | | |
|---|---|---|---|
| Time In/Out: | 9:30 – 10:15 | Total Time in Court: | 45 minutes |
| Clerk: | E. Romero | Court Reporter: | R. Brazil |
| AUSA: | Amy Mondragon | Defendant's Counsel: | Gene Allen Franco |
| Courtroom: | Cimarron | Probation Officer: | J-P Barabe |
| Interpreter: | n/a | Interpreter Sworn? | ☐ Choose an item. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Convicted on: | Plea | As to: | Information | | Counts: | 1 |
| Guilty Plea: | Accepted | Plea Agreement: | Accepted | | | |
| Date of Plea/Verdict: | 6/23/26 | PSR: Not Disputed | ☒ Courts adopts PSR Findings | | Evidentiary Hrg: | Not Needed |
| Exceptions to PSR: | | | | | | |

**SENTENCE IMPOSED**

| | | | | | |
|---|---|---|---|---|---|
| **IMPRISONMENT (BOP):** | | | | | |
| ☐ | 500-Hour Drug Program | ☐ | BOP sex-offender treatment program | Other: | |
| **SUPERVISED RELEASE:** | | | | ☐ | Mandatory/Standard Conditions |

**SPECIAL CONDITIONS OF SUPERVISION**

| | | | |
|---|---|---|---|
| ☐ | Parties have reviewed the standard and special conditions listed in Attachment A to PSR. Doc. | ☐ | Parties have no objections to the conditions listed in Attachment A. |
| ☐ | Parties waive reading of conditions. | ☐ | Conditions are imposed as listed in Attachment A to the PSR to include the justification and nexus of the conditions listed. |

**MONETARY PENALTIES / FORFEITURES**

| | | | | | | |
|---|---|---|---|---|---|---|
| Fine: $ | -0- | Restitution: $ | -0- | SPA: $ | | Due Immediately |
| Forfeit rights title & interest to: | | | | | | |

**OTHER**

| | | | |
|---|---|---|---|
| ☐ | Waived Appeal Rights per Plea Agreement | ☒ | Continue on Release |
| ☐ | Recommended place(s) of incarceration: | | |
| ☐ | Dismissed Counts: | | |

**PROCEEDINGS**

Court in session – parties state appearances; Court addresses Defendant; Parties have no corrections or objections to PSR; Court outlines offense level, criminal history category and guideline range; Mr. Franco addresses Court for sentencing and requests a sentence of probation; Defendant addresses Court; Ms. Mondragon addresses Court for sentencing and requests 37 months; Ms. Mondragon answers Court's questions; Mr. Franco responds; Court suggests hearing be continued; Mr. Franco has no objection; Mr. Barabe answers Court's questions; Mr. Franco responds; Mr. Franco requests Court accept plea agreement but hold imposition of sentence; Mr. Franco requests conditions of release be amended to include contact with mother about her daughter, visitation with her daughter and remote alcohol monitoring for travel out of Dona Ana County; Ms. Mondragon responds; Officer Barabe responds; Court accepts plea agreement and will modify conditions as outlined; Court will defer to Pretrial Services on logistics; Ms. Mondragon clarifies that Defendant is to have no contact with the victim; Court confirms; Hearing continued to January or February 2027; Parties have nothing to add.